JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO CALVARIO CARDENAS, an individual,<br>Plaintiff,<br><br>vs.<br><br>DOLLAR TREE STORES, INC. a corporation; and DOES 1 to 50,<br>Defendants. | Case No. 2:26-cv-02244-SVW-RAO<br><br>Assigned to: Hon. Stephen V. Wilson<br><br>**~~[PROPOSED~~ ORDER RE STIPULATION FOR ORDER OF DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)**<br><br>State Complaint Filed: January 30, 2026<br><br>Removal Filed: March 3, 2026 |

It appearing that counsel for the Parties consent to the entry of this Order as indicated by their signatures above; and this matter having appeared to have been settled in full; good cause appearing; and pursuant to Federal Rule of Civil

Procedure 41(a)(1)(ii), the Court hereby orders as follows:

1. This action is hereby dismissed with prejudice as to all claims and causes of action asserted therein.

2. Each party shall its bear own attorney's fees and costs.

3. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

Dated: August 26, 2026

Hon. Stephen V. Wilson
United States District Judge